# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW P. CLAPPER, | ) |
| Petitioner, | ) Civil Action No. 13-cv-1629 |
| v. | ) |
| BRIAN THOMPSON, et al., | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

On November 14, 2013, the Clerk of Courts for the United States District Court for the Western District of Pennsylvania received from Petitioner, Matthew P. Clapper, a Petition for Writ of Habeas Corpus; neither the filing fee nor a motion to proceed in forma pauperis was included with the Petition. The case was referred to United States Magistrate Judge Cynthia Reed Eddy for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and the Local Rules of Court for Magistrate Judges. On November 18, 2013, Petitioner paid the filing fee and his Petition was filed (ECF No. 4).

On August 12, 2014, Magistrate Judge Eddy filed a Report and Recommendation (ECF No. 9) recommending that the Petition for Writ of Habeas Corpus be denied and that a certificate of appealability be denied. Petitioner was served with the Report and Recommendation at his listed address and was advised that he had until August 29, 2014, to file written objections to the Report and Recommendation. To date, no objections have been filed nor has Petitioner sought an extension of time in which to file objections.

1

We have reviewed *de novo* the pleadings and documents in the case, together with the August 12, 2014, Report and Recommendation from Magistrate Judge Eddy. Having done so, the following order is entered:

AND NOW, this 3d day of September, 2014:

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.

**IT IS FURTHER ORDERED** that the Report and Recommendation (ECF No. 9) dated August 12, 2014 is **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Clerk of Court mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Petitioner has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

Maurice B. Cohill, Jr.
Senior District Court Judge

cc: MATTHEW P. CLAPPER
EF-5316
SCI-Mercer
801 Butler Pike
Mercer, PA 16137
(via First Class Mail)

Kara W. Haggerty
PA Board of Probation and Parole
(via CM/ECF electronic notification)